UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| SEONTAE PICHON | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NO. |
| | * | |
| TALOS ENERGY LLC, TALOS | * | SECT.          MAG. |
| ENERGY INC. OF DELAWARE, | * | JUDGE |
| TALOS ENERGY OFFSHORE LLC | * | MAGISTRATE |
| AND TALOS PRODUCTION INC. | * | **JURY DEMAND** |

## COMPLAINT FOR DAMAGES

The complaint of Seontae Pichon, an individual of the full age of majority, represents:

1.

Jurisdiction exists in this Court pursuant to 28 U.S.C. Sec. 1332, and 43 U.S.C. Sections 1333 and 1349.

2.

Venue is appropriate in this district under 28 U.S.C. 1391(b)(2) and (b)(3) because the events giving rise to the claims asserted in this complaint occurred off the coast of Louisiana, and because the defendants are subject to personal jurisdiction in this judicial district and conduct business in this district.

2.

Made defendant herein is Talos Energy LLC which was, at all times pertinent hereto, a foreign limited liability company licensed to do and doing business within the State of Louisiana, and it conducts business within this district.

1

3.

Also made defendant herein is Talos Energy Inc. of Delaware which was, at all times pertinent hereto, a foreign limited liability company licensed to do and doing business within the State of Louisiana, and it conducts business within this district.

4.

Also made defendant herein is Talos Energy Offshore LLC which was, at all times pertinent hereto, a foreign limited liability company licensed to do and doing business within the State of Louisiana, and it conducts business within district.

5.

Also made defendant herein is Talos Production Inc. which was, at all times pertinent hereto, a foreign limited liability company licensed to do and doing business within the State of Louisiana and in conducts business within this district.

6.

On or about January 19, 2022, Petitioner, Seontae Pichon, was employed by Louisiana Safety Systems, Inc., as a wellhead and valve technician and was working in the course and scope of his employment with that company aboard offshore oil and gas production facility, owned, operated, controlled and under the garde of one or more of the defendants, and which facility was located on the outer continental shelf adjacent to the State of Louisiana, on or near West Cameron Block 96-D.

7.

At the said time and in the course and scope of his employment, Plaintiff was traversing a designated walkway, when his right knee hit a ball valve handle, causing him

to injure his right knee which crushed cartilage bruising on the right knee, causing Petitioner to walk with a limp.

8.

Seontae Pichon asserts that the cause of the aforementioned accident was caused by the negligence of defendants, their employees or agents and by the strict liability of the Defendants and was a direct result of dangerous conditions that existed on the facility the defendants knew or with the exercise of reasonable care should have known about, to include a cluttered and unkept deck, that including scaffolding material stacked and encroaching on the sole available and designated walkway, which condition was make more dangerous by the improper installation of a ball valve, the handle of which extended into the designated walkway, and which was made difficult to observe because of the lack of any contrasting colors with the surrounding piping and containment box.

9.

The injuries sustained by Seontae Pichon include severe injuries to his body and mind, including but not limited to, his right knee and other serious and permanently disabling injuries to the body and mind that will prevent him from performing the necessary duties of an able-bodied wellhead and valve technician for the rest of his life and, on information and belief, any occupation requiring heavy manual labor.

10.

Because of said injuries and damages, Seontae Pichon has endured severe pain and suffering and mental anguish, and he will continue to so suffer and has and will sustained loss of income and may have to undergo knee replacement surgery in the future.

11.

Petitioner alleges, on information and belief, that he will in the future, because of said injuries and damages to his body and mind, endure pain and suffering and mental anguish as well as loss of income and other elements of damages, both pecuniary and non-pecuniary, all of which entitles Petitioner, Seontae Pichon, to damages that are reasonable in the premises.

12.

Petitioner desires and is entitled to a trial by jury on all issues.

**WHEREFORE**, Seontae Pichon prays that process in due form of law and according to the Federal Rules of Civil Procedure issue against Defendants, Talos Energy LLC, Talos Energy Inc. of Delaware, Talos Energy Offshore LLC and Talos Production Inc., directing them to appear and answer, all and singular, the matters aforesaid; that after due proceedings have been had, there be judgment in favor of Petitioner, Seontae Pichon, and against the Defendants, Talos Energy LLC, Talos Energy Inc. of Delaware, Talos Energy Offshore LLC and Talos Production Inc., jointly and in solido, for damages in an amount reasonable under the circumstances of this cause, together with legal interest from date of judicial demand and for all costs of these proceedings;

Petitioner further prays for all general and equitable relief which the justice of the cause may require and to which they may otherwise be entitled and that all experts' fees be taxed as costs.

Petitioner further prayers for a trial by jury on all issues.

Respectfully submitted:

MORRIS BART, LLC
ATTORNEYS FOR PETITIONER
601 POYDRAS STREET, 24TH FLOOR
NEW ORLEANS, LA 70130
TELEPHONE: (504) 525-8000
FACSIMILE: (504) 324-0738
EMAIL: sjohnson@morrisbart.com

BY:   /s/ *Stephen J. Johnson*

_____
STEPHEN J. JOHNSON, Bar #22439